

Jackeline Gonzalez Attorney at Law PLLC.

November 25, 2024

~~[REDACTED]~~
Pasadena, TX 77506
~~[REDACTED]~~
Office Ph# ~~[REDACTED]~~

Ian Andre Roberts
~~[REDACTED]~~
Little Elm, Tx 75068

**RE: Outstanding Balance**

Mr. Roberts,

Our firm is writing to address the matter of an outstanding balance owed for legal services provided. Despite previous attempts to resolve this matter, the balance remains unpaid.

As of the date of this letter, there is an outstanding Balance (See Below)

**OUTSTANDING BALANCE: $11,790.00**

Please be advised that failure to address this matter promptly may result in further action, including legal recourse to recover the balance.

To facilitate prompt resolution, our firm kindly request that you contact the firm within 14 calendar days to discuss payment arrangements.

Should you have any questions or require clarification regarding this matter, please do not hesitate to contact our office, at ~~[REDACTED]~~ or email us at ~~[REDACTED]~~

Sincerely,

*[signature]*

Jackeline Gonzalez Esq.

Attorney/CEO

Jackeline Gonzalez Attorney at Law PLLC.


FILED
By: Clerk's Office, Southern District of Iowa
2:56 pm, Oct 01 2025

7