

Jackeline Gonzalez, Esq. 03/27/2025
███████████
Pasadena, TX 77506

Ian Andre Roberts
1405 Castle Drive
Little Elm, Tx 75068

Re: Closure of Immigration Case

Mr. Ian Andre Roberts

I hope this letter finds you well. I am writing to inform you of the closure of your immigration case. It has been my pleasure to represent you throughout this process, and I am pleased to report that your case has reached a successful resolution.

Should you have any further questions or require assistance in the future, please do not hesitate to reach out.

Once again, thank you for choosing Jackeline Gonzalez, Attorney at Law, PLLC for your immigration representation. I wish you continued success and happiness in all your endeavors.

If you have any questions or concerns, please feel free to contact me at 281-984-4146 or jg@attorneyjg.com

Respectfully,

Jackeline Gonzalez, Esq.
Founding Partner
Jackeline Gonzalez Attorney at Law, PLLC

FILED
By: Clerk's Office, Southern District of Iowa
2:56 pm, Oct 01 2025