# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge       Court appearing by video conference
Criminal No. 4:25-mj-00630-1       :       Clerk's Court Minutes – Initial Appearance

---

United States of America vs. Ian Andre Roberts

---

Gov. Atty(s): Jason Griess for M. BensonTubbs : ☐ Indictment  ☐ Superseding Indictment  ☐ Information
Def. Atty(s): Alfredo G. Parrish : ☑ Complaint  ☐ Warrant  ☐ Summons
Def. Appears: ☑ In Person  ☐ Video Conference : Code Violation/Offense:
☑ All Parties Consent to Video Proceeding : 18:922(g)(5), 924(a)(8) Illegal Alien in Possession of
Court Reporter: FTR Gold : Firearms
Interpreter: N/A :
☐ Interpreter Sworn

Date: 10/2/2025

Initial Appearance Start Time: 12:45 pm    Arraignment Start Time:    End Time: 12:56 pm

## Initial Appearance

☑ Advised of Rights : ☐ Appointed/Previously Appointed FPD
☑ Advised of Consular Notification Rights : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☑ Yes ☐ No : ☑ Retained Counsel
☑ Rule 5 Admonition Given :

## Arraignment

Trial Scheduled for: : ☐ Advised of Charges/Maximum Penalties
Rule 16 Material due: : ☐ Indicted in True Name
Reciprocal Discovery due: :     True Name:
Pretrial Motions due: : ☐ Reading of Indictment Waived
Plea Notification Deadline: :     Plea of Not Guilty Accepted as to Ct(s):
Plea Entry Deadline: : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only): : ☐ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

## Custody Status

☑ Government Moved for Detention :
☑ Defendant Waived Preliminary Examination : Detention Hearing Set:
☑ Defendant Waived Detention Hearing : Before:
: Courthouse:       Room:
Court Ordered Defendant: : Revocation Hearing Set:
☐ Released on Bond : Before:
☑ Detained : Courthouse:       Room:

---

Attorney Brandon Brown was with Mr. Parrish for this hearing. Potential penalties addressed. Court advised that an Immigration detainer has been lodged. Court finds that today's hearing was conducted by reliable electronic means.

/s/ V. Rule
Deputy Clerk