# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>IAN ANDRE ROBERTS,<br><br>Defendant. | CRIMINAL NO. 4:25-mj-00630-HCA-1<br><br><br><br>APPEARANCE |

**COME NOW** attorneys Alfredo Parrish, Brandon Brown, Benjamin Bergmann, and Alexander Smith and enter their Appearance on behalf of Defendant, Ian Andre Roberts.

PARRISH KRUIDENIER, L.L.P.

BY: /s/ *Brandon Brown*
    Alfredo Parrish        AT0006051
    Brandon Brown      AT0001199
    Benjamin Bergmann  AT0009469
    Alexander Smith     AT0011363
    2910 Grand Avenue
    Des Moines, Iowa 50312
    (515) 284-5737 / (515) 284-1704 (Fax)
    aparrish@parrishlaw.com
    bbrown@parrishlaw.com
    bbergmann@parrishlaw.com
    asmith@parrishlaw.com
    **ATTORNEYS FOR DEFENDANT**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | ( ) | first-class mail |
| ( ) | certified mail, return receipt requested | ( ) | facsimile |
| ( ) | Airborne Express (overnight) | (X) | electronic filing |
| | | ( ) | e-mail |

on October 2, 2025.

I declare that the statements above are true to the best of my information, knowledge, and belief.

/s/ Alexandria Dea

MacKenzie Benson Tubbs
Assistant United States Attorney
Southern District of Iowa
210 Walnut Street, Suite 455
Des Moines, IA 50309
(515) 473-9345
mackenzie.benson.tubbs@usdoj.gov
ATTORNEY FOR UNITED STATES

Ian Andre Roberts
DEFENDANT