# UNITED STATES DISTRICT COURT

for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
3:15 pm, Oct 01 2025

| | |
|---|---|
| United States of America<br>v.<br>Ian Andre Roberts<br><br>_Defendant_ | )<br>)  Case No. 4:25-mj-630<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  Ian Andre Roberts,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Illegal alien in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8)

Date: 10/1/25

_Helen C. Adams_ (signature)
_Issuing officer's signature_

City and state: Des Moines, Iowa

Helen C. Adams, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 10/1/25, and the person was arrested on _(date)_ 10/2/25
at _(city and state)_ Sioux City, Iowa.

Date: 10/2/25

_Arresting officer's signature_

Robert Carlson, Special Agent
_Printed name and title_

FILED
By: Clerk's Office, Southern District of Iowa